## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST MEDIA MOBILE, LLC,

       Plaintiff,

vs.                                        No. CIV 13-0248 JB/KBM

CITY OF RIO RANCHO,

       Defendant.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed December 31, 2013 (Doc. 22)("MOO"), in which the Court granted in part the Defendant's Consolidated Motion for Summary Judgment, filed July 25, 2013 (Doc. 15), with respect to all federal claims in the case, and remanded the remaining case to the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico.  Because the Court's MOO disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all Plaintiff Southwest Media Mobile, LLC's remaining state law claims are remanded to the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Dean E. Border
Border Law Office
Albuquerque, New Mexico

  *Attorney for Plaintiff*

Joel M. Young
French & Associates
Albuquerque, New Mexico

-- and --

Robert W. Becker
Yenson Allen & Wosick, P.C.
Albuquerque, New Mexico

  *Attorneys for the Defendant*